450 A.2d 1053

Commonwealth v. Rodgers, Appellant.
Petition for Allowance of Appeal
Denied Feb. 7, 1983.

620

Submitted May 20, 1982. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The judgment of sentence of the learned Allegheny County Common Pleas Court Judge Thomas A. Harper is affirmed.